THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> PATTERSON HEAVY HAUL, INC., a California corporation, <br> Defendant. | NO.   C-16-1880-TSZ <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Defendant, Patterson Heavy Haul, Inc., hereby stipulate for entry of Judgment in the above-referenced action.

DATED this 15th day of February, 2017.

| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | PATTERSON HEAVY HAUL, INC. |
|---|---|
| */s/ Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorneys for Plaintiff | */s/ Lloyd Patterson* <br> Lloyd Patterson, Owner <br> Defendant |

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiff and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 315, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period September 2016 through January 2017:  for contributions of $16,572.00, for liquidated damages of $3,314.40, for pre-judgment interest (through February 14, 2017) of $135.45, for attorneys' fees of $529.70, and for costs of $765.00, all for a total of $21,316.55, together with post-judgment interest at the rate of four percent (4%) per annum from February 17, 2017, until paid in full.

JUDGMENT ENTERED this 8th day of March, 2017.

*(signature)*

Thomas S. Zilly
United States District Judge

Presented for Entry by:

*/s/ Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiff